**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY ROBINSON,** | : | |
| **Petitioner** | : | **No. 1:25-cv-00370** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **SUPERINTENDENT HAINSWORTH,** | : | |
| **et al.,** | : | |
| **Respondents** | : | |

**ORDER**

**AND NOW**, on this 31st day of August 2026, upon consideration of the petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by pro se Petitioner Anthony Robinson ("Robinson") (Doc. No. 1), Respondents' response in opposition to the petition (Doc. No. 7), and Robinson's reply brief (Doc. No. 10), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Robinson's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;
2. A certificate of appealability **SHALL NOT ISSUE**; and
3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania